

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

**ORDER ON MOTION**

| | |
|---|---|
| Cause number: | 01-14-01026-CV |
| Style: | Ensign Services, L.L.C. (f/k/a FE Services, L.L.C.), FE Services Holdings, Inc., and James Stewart |
| | **v** Marc Jan Levesconte |
| Date motions filed[*]: | June 18, 2015 |
| Type of motions: | First amended unopposed sworn motion for pro hac vice admission of Dawn Solowey; Emma Mata's motion in support of first amended unopposed sworn motion for pro hac vice admission of Dawn Solowey |
| Party filing motions: | Dawn R. Solowey; appellants |
| Document to be filed: | |

Is appeal accelerated?      No

Ordered that motions are:

    ☑    Granted

        If document is to be filed, document due:

        ☐ The Court will not grant additional motions to extend time

    ☐    Denied

    ☐    Dismissed (*e.g.*, want of jurisdiction, moot)

    ☐    Other: _____

_____

_____

Judge's signature: /s/ <u>Chief Justice Sherry Radack</u>
               ☒ Acting individually    ☐ Acting for the Court

Panel consists of _____

Date:  June 23, 2015

November 7, 2008 Revision